<div style="display:flex;justify-content:space-between;">

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Nov. 1, 2019
Douglas E. Wedge , Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

</div>

**IN RE:**

| | |
|---|---|
| **White Star Petroleum Holdings, LLC**<br>Debtor(s). | **Case Number: 19–12521 – JDL**<br>**Chapter 11** |
| **White Star Petroleum, LLC et al.**<br>    Plaintiff(s)<br>   v.<br>**MUFG Union Bank, N.A. et al.**<br>    Defendant(s) | **Adv. Number: 19–01115 – JDL** |

## SUMMONS IN AN ADVERSARY PROCEEDING

### Summons Issued on  SJL Well Service LLC

   YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
   Clerk, U.S. Bankruptcy Court
   Western District of Oklahoma
   215 Dean A. McGee Avenue
   Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Craig M Regens
Gable Gotwals
One Leadership Square 15th Floor
211 N Robinson Ave
Oklahoma City, OK 73102–7255

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

                        Date Issued:  November 1, 2019

                        FOR THE COURT
                        Douglas E. Wedge
                        Court Clerk

                        By: s/ Deanna Custer

Deputy Clerk


Douglas E. Wedge
Clerk of Court