IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*, | Case No. 19-12521-JDL |
| | Jointly Administered |
| Debtors. | |
| WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC, | |
| Plaintiffs, | Adversary No. 19-01115-JDL |
| v. | |
| MUFG UNION BANK, N.A., et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 Fed. R. Civ. P., made applicable to this adversary proceeding by Rule 7041 Fed. R. Bank. P., Plaintiff, Tribolet Advisors LLC, in its capacity as Plan Administrator under the Joint Chapter 11 Plan of Liquidation of White Star Petroleum Holdings, LLC and its Debtor Affiliates, and Defendant, Nine Energy Services, Inc., as substituted for SJL Well Service, LLC, hereby stipulate to the dismissal, with prejudice, of all of their claims and causes of action asserted in this adversary proceeding.

DATED AND APPROVED this 2nd day of October, 2020.

"Plaintiff"

TRIBOLET ADVISORS LLC, IN ITS
CAPACITY AS PLAN ADMINISTRATOR
OF THE JOINT PLAN OF LIQUIDATION
OF WHITE STAR PETROLEUM HOLDINGS,
LLC AND ITS DEBTOR AFFILIATES


By: /s/ Craig M. Regens
Craig M. Regens, OBA No. 22894
Dale E. Cottingham, OBA No. 1937
Lewis T. LeNaire, OBA No. 30623
G. Blaine Schwabe III, OBA No. 8001
GABLEGOTWALS
One Leadership Square, 15th Floor
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Facsimile: (405) 235-2875
cregens@gablelaw.com
dcottingham@gablelaw.com
llenaire@gablelaw.com
gschwabe@gablelaw.com

-and-

/s/ Kevin M. Coffey
Kevin M. Coffey, OBA No. 11791
Harris & Coffey, PLLC
435 N. Walker, Suite 202
Oklahoma City, OK 73102
Phone: (405) 235-1497
Facsimile: (405) 606-7446
Email: kevin@harrisandcoffey.com

*Counsel for Tribolet Advisors LLC, in its capacity as Plan Administrator of the Joint Plan of Liquidation of White Star Petroleum Holdings, LLC and Its Debtor Affiliates*

"Defendant"

NINE ENERGY SERVICES, INC.,
AS SUBSTITUTED FOR SJL WELL SERVICE, LLC


By: \_\_/s/ Robert P. Franke_____
Robert P. Franke, Texas Bar No. 07371200
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 651-4300
robert.franke@clarkhillstrasburger.com

*Counsel for Nine Energy Services, Inc.
as substituted for SJL Well Service, LLC*